UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



FILED
OCT 18 2023
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

D-2 Martin Blas-HERNANDEZ,

        Defendant.
_____/

CRIM. NO: 2:23-cr-20583

HON.

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, **Martin Blas-HERNANDEZ**, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it, and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

*Count One (1)*: Up to twenty (20) years in prison, and a possible fine of $1,000,000, or both and at least three (3) years of supervised release.

*Count Two (2)*: Up to twenty (20) years in prison, and a possible fine of $1,000,000, or both and at least three (3) years of supervised release.

                      *[signature]*
                      Martin Blas-HERNANDEZ,
                      Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Juan MATEO, *Esq.*
Counsel for Defendant

DATE: 10-18-23