UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,   Case No. 23-20583

v.   Hon. Jonathan J. C. Grey

Martin Blas-Hernandez,

    Defendant.
_____

### DEFENDANT MARTIN BLAS-HERNANDEZ'S SENTENCING MEMORANDUM

Defendant, Martin Blas-Hernandez, ("Mr. Blas-Hernandez") by and through his counsel, Juan A. Mateo, submits this Sentencing Memorandum in mitigation of his sentence.

**I.    INTRODUCTION**

Mr. Blas-Hernandez, aged 50, became involved in the underlying offense because his son asked him to participate. He has no prior record. There is no dispute he is a minimal participant, has accepted responsibility for his role in the offense and qualifies for safety valve. He has been in custody since October 1, 2023. In light of these factors, a sentence of time-served will be sufficient and no greater than necessary to achieve the goals of 18 U.S.C. § 3553(a).

## II. PRESENTENCE REPORT

There have been no objections to the Presentence Report ("PSR") by either party. The PSR determined that the base offense level under the United States Sentencing Guidelines is 32, that Mr. Blas-Hernandez meets the criteria under USSG § 2D1.1(b)(18), that he is a minimal participant, that he is a zero point offender and that he has timely accepted responsibility for his conduct resulting in a total base offense level of 21. **PSR ¶¶ 26-35**. In addition, Mr. Blas-Herandez falls under criminal history Category I and qualifies for safety valve. **PSR ¶¶ 37, 56**. Finally, the average sentence imposed for individuals similarly situated is 28 months. **PSR ¶ 81**.

## III. 18 U.S.C. § 3553(a) FACTORS

### A. The Nature and Circumstances of the Offense and the History and Characteristics of the Defendant.

There is no question this is a serious drug-trafficking offense. Mr. Blas-Hernandez was a participant in the offense as a result of his son requesting that he assist him in offloading drugs from a tractor trailer. Mr. Blas-Hernandez has no other involvement in the scheme, had no direct connection with those who set up the delivery of the drugs, nor did he financially benefit from the scheme.

Mr. Blas-Hernandez has struggled financially his entire life. He is the product of an impoverished childhood. He was raised in a rural village in Mexico.

that lacked basic necessities. His home had no running water. He began working in the fields at a very young age in order to assist his family.

He has been in custody since October 1, 2023, approximately 25 months. His partner resides in Mexico City and is employed as a cleaning lady, and he has three adult children.

His employment history includes employment as a taxi driver and menial work in a grocery store and a restaurant.

Attached as **Exhibit A** is a series of letters of support from co-workers, family and friends who have known Mr. Blas-Hernandez for many years and attest to his work ethic and overall good character. His daughter, Annete Blas-Martinez, age 20, poignantly writes:

> Since I was very little, my dad has been a fundamental figure for me. I grew up seeing him strive daily to provide us with a decent life and to ensure that we never lacked anything. I remember with much affection how, despite being tired from work, he always would find the time to spend with us, listen to us, and make us feel protected. Each of his words and teachings have accompanied me throughout my life, and thanks to him I have learned the value of work, honesty and responsibility.

A sentence of time-served will satisfy this factor.

B. **To Reflect the Seriousness of the Offense, to Promote Respect for the Law, and to Provide Just Punishment for the Offense.**

As noted by counsel, the average sentence or less, imposed for defendants similarly situated, would reflect the seriousness of the offense with respect for the law and provide just punishment for the offense.

C. **To Afford Adequate Deterrence to Criminal Conduct.**

A custodial sentence in the range of the average sentence imposed for this offense would satisfy this factor.

D. **To Protect the Public from Further Crimes of the Defendant.**

This factor will be addressed by Mr. Blas-Hernandez's deportation after he concludes his custodial sentence. Further, Mr. Blas-Hernandez has no history of being a threat nor a violent individual.

E. **To Provide the Defendant with Needed Educational or Vocational Training, Medical Care or Other Corrections Treatment in the Most Effective Manner.**

Mr. Blas-Hernandez is an undocumented individual and does not qualify for the many programs that are offered by the Bureau of Prisons (BOP") as a result of that status. He has no history of substance abuse.

F. **The Kinds of Sentences Available.**

As to this factor, Mr. Blas-Hernandez has been in custody for 25 months and a sentence of time-served will satisfy this factor.

    **G.    The Need to Avoid Unwarranted Sentencing Disparities Among Defendants with Similar Records Who Have Been Found Guilty of Similar Conduct**

As previously noted, the average sentence imposed on similarly situated defendants is 28 months. Again, by the time he is sentenced, he would have been in custody for 25 months. A sentence of time-served is reasonable under these circumstances.

    **H.    The Need to Provide Restitution to Any Victim of the Offense.**

Counsel believes this factor is not applicable to this situation. In addition, he has no assets to satisfy any restitution order.

**IV.    CONCLUSION**

For the foregoing reasons, counsel believes that a sentence of time-served will more than satisfy the factors of 18 U.S.C. § 3553(a).

    Respectfully submitted,

/s/Juan A. Mateo
**JUAN A. MATEO (P33156)**
Counsel for Defendant
409 East Jefferson Ave., Ste. 500
Detroit, MI 48226
(313) 962-3500, Office
(313) 962-9190, Fax
mateoja@aol.com

Dated: November 18, 2025

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 18, 2025, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

                                              */s/Juan A. Mateo*
                                              **JUAN A. MATEO (P33156)**
                                              Counsel for Defendant
                                              409 East Jefferson Ave., Ste. 500
                                              Detroit, MI 48226
                                              (313) 962-3500, Office
                                              (313) 962-9190, Fax
                                              mateoja@aol.com

# EXHIBIT A

Translation of a letter from Spanish to English from Annete Blas Martinez. Translation by Mauricio Fernandez de Cordova.

---

**Honorable Jonathan J.C. Grey**
Judge of the District Court of the United States
231 W. Lafayette, Room 252
Detroit, MI 48226

**Re**: Letter of Support for Martin Blas Hernandez

**Mexico City, October 30, 2025**

**Esteemed Judge:**

My name is **Annete Blas Martinez**. I am 20 years old and presently I am majoring in Digital Marketing at the Universidad Latinoamericana. I work at a travel agency named TRAVELAVEL in Mexico City. I am writing this letter to you in support of my father, Martin Blas Hernandez, with whom I have had the fortune of sharing my life since I was born.

Since I was very little, my dad has been a fundamental figure for me. I grew up seeing him strive daily to provide us with a decent life and to ensure that we never lacked anything. I remember with much affection how, despite being tired from work, he always would find the time to spend with us, listen to us, and make us feel protected. Each of his words and teachings has accompanied me throughout my life, and thanks to him I have learned the value of work, honesty, and responsibility. One of the things that I admire about my dad is his strength. Despite the difficulties he faced since he was young, he never allowed it to stop him. He always put his family's wellbeing first, sacrificing his own wishes to provide us with a better future. I remember many times that, although the situation wasn't easy, he maintained his good humor and his wish to see us happy. For me, he is an example of perseverance and unconditional love.

I would like to also mention that my dad, an incredible man who, although working as a taxi driver and doing events, always strived to provide me with the opportunity to get an education and get ahead. Without his support, many things would have been much more difficult. His dedication and example have been essential in my life and I will always be deeply grateful.

I am aware of my father's present situation. Even so, I wish to express to you, Your Honor, that behind this situation there is a man with a great heart, who has always sought to get ahead and who has been an important pillar f the life of his children. I beg you to consider his history, his character, and everything he has done for his family when determining his sentence. I know that he has the ability and the will to keep being a positive member of society.

My father is, without a doubt, a hardworking, responsible person with a great sense of love toward his family. I hope with all my heart that he can have an opportunity to keep showing the good and committed person that he has always been

**Respectfully,**

[Signed, illegible]

**Annete Blas Martinez**



Translation of a letter from Spanish to English from Cristian Huitron Soto. Translation by Mauricio Fernandez de Cordova.

---

Mexico City, October 31, 2025

To Whom It May Concern:

It is a privilege to issue this personal letter to Mister Martin Blas Hernandez, bearer of the National Identity Document, whom I have the honor of knowing personally for more than ten years, and I can attest that he is an excellent citizen, responsible, supportive, and has maintained at all times impeccable behavior of solid morals.

I can testify that Mister Martin Blas Hernandez has exhibited good customs and courteous treatment in each of his interactions with other members of society that I have witnessed.

I know that, in any place, he will leave his own good name in high regard, and mine.

                Sincerely,
              [signed, illegible]
           Cristian A. Huitron Soto



Translation of a letter from Spanish to English from Elizabeth Martinez Gonzalez. Translation by Mauricio Fernandez de Cordova.

**Honorable Jonathan J.C. Grey**
Judge of the District Court of the United States
231 W. Lafayette, Room 252
Detroit, MI 48226

**Mexico City, October 30, 2025**

**Esteemed Judge:**

My name is **Elizabeth Martinez Gonzalez,** wife of **Martin Blas Martinez.** I am a domestic worker in Mexico City and I have shared my life with Martin for more than twenty years. We married on **December 17, 2005,** although our story started much sooner, since I have known him since I was fourteen. During this whole time, I have had the blessing of sharing my life with a noble, happy man who is deeply committed to his family. Together we built a home full of love and hard work, and we made a family of which I am very proud.

Martin has always been a man with a great sense of humor who is responsible and hardworking. Since we were young, he showed himself to be someone who thought of the wellbeing of others before his own. Over the years, I have seen how he has dedicated himself with all his heart to caring and providing for our family.

For eight years, we had a **taqueria,** a business we started from zero and that we got ahead with much sacrifice. We also worked doing events for hotels and parties, which allowed us to support our home with dignity and hard work. Martin was always the first to get up and the last to rest, caring for each detail so that everything would come out alright.

In addition to being an excellent provider, he was and continues to be a great father. He was always present in the life of our children. He supported them at school, he would cook for them, and he would take them on vacation every time we could. He is a man who understands that love isn't just sown with words, but with actions.

When he decided to emigrate, he did it thinking of us, of giving his children a better future. It wasn't an easy decision, but he always made it clear to me that he was doing everything for the good of our family. My husband has always been a fundamental part of our family. His support, his affection, and dedication make his company indispensable for us to continue growing as a family, facing challenges and celebrating each achievement.

I know that Martin is a good-hearted person who has always worked with honesty and dedication. I completely trust his character and his wish to get ahead for his family, because I have known him since he was young and I know what kind of a man his is.

I ask you with all my heart, Your Honor, to consider his history, his hard work, and his commitment to his home at the moment that you decide his sentence. Martin is a loving husband, an exemplary father, and a tireless worker who deserves the opportunity to keep being the fundamental pillar that he is to his family.

Respectfully,

[Signed, illegible]

**Elizabeth Martinez Gonzalez**



Translation from Spanish to English of a letter to the Honorable Jonathan J.C. Grey from Irma Gonzalez Velazquez. Translation by Mauricio Fernandez de Cordova.

**Honorable Jonathan J.C. Grey**
Judge of the District Court of the United States
231 W. Lafayette, Room 252
Detroit, MI 48226

**State of Mexico, October 28, 2025**

**Esteemed Judge:**

My name is **Irma Gonzalez Velazquez**, and I am writing to you to speak to you about my son-in-law, **Martin Blas Hernandez**, whom I have known since he was very young, when he started to become a part of the life of my daughter, Elizabeth. I have had the opportunity to see him grow and become the responsible and hardworking man that he is today, and I have always admired him for his dedication and commitment to his family.

Since I met him, Martin has been peaceful, constant, and with a great sense of responsibility. He has always worked hard to ensure his family's wellbeing and has shown profound love and care for all of us who surround him. Together they built a beautiful family and a family business, and I have seen from close up how he has strived to offer stability, happiness, and security for the ones he loves.

I know he is facing a difficult time, and I want you to know that based on everything I know of his character, he is a man of integrity, with a big heart and a string sense of responsibility. I am certain that he will continue being a positive member of the community and he will continue caring for his family with dedication and love. I respectfully ask you to consider his history and his character at the moment of determining his sentence.

**With respect,**
[Signed, Irma Gonzalez Velasquez]
**Irma Gonzalez Velazquez**



Translation of a letter from Spanish to English from Mariana Blas Conchola. Translation by Mauricio Fernandez de Cordova.

Mexico City, November 1, 2025

To Whom It May Concern:

Via this letter, I address you with all due respect to express my support for my uncle, Martin Blas Hernandez.

I, Mariana Blas Conchola, as his niece, have known him since I was a girl. I have always seen in him a good, hardworking person who comes from a humble family. Both my uncle's and my father's childhood was hard, but all of his siblings got ahead. My uncle Martin is one of the most peaceful people I know, always willing to help others when it is asked of him. My uncle has been someone very important in my and my family's life. He has always been present for support. He helped his mother to take her from her town to the city when she has medical appointments, without caring that this would interrupt his work.

I know that he is going through a difficult time, but I also know that my uncle has a big heart and that he is a person who is capable of learning from his mistakes. That is why I am asking you to take into account the person that he really is, not just my perception, but that of several of the people who know him. I am convinced that if he is given the opportunity, my uncle Martin will know how to make good use of it to integrate into social life and live humbly.

I thank you very much for the time and attention that you are giving this letter and I only want to tell you that we miss my uncle, at every get together, the town festival, Dia de los Muertos, and Christmas. We always had happy memories of him, so you will know that we await him with open arms.

[Signed, illegible]<br>
Blas Conchola Mariana

Translation of a letter from Spanish to English from Santiago Blas Hernandez. Translation by Mauricio Fernandez de Cordova.

---

Mexico City, October 31, 2025

To Whom It May Concern:

I allow myself to inform you that I know Mr. Martin Blas Hernandez expansively and in detail, and I can assure you that he is a person of integrity and totally hardworking and honorable.

This letter is written for whatever legal purposes the interested party may have.

[Signed, illegible]
Santiago Blas Hernandez